**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| STACEY C. MALOCH, | :   CRIMINAL ACTION NO. |
| | :   2:14-CR-00014-RWS |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [38] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress [17 and 18] are hereby **DENIED**.

**SO ORDERED** this   14th   day of April, 2015.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)